IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------- x
                                        :
In re:                                    :   Chapter 11
                                        :
LCI HOLDING COMPANY, INC., et al.,   :   Case No. 12-13319 (KG)
                                        :
                Debtors.[1]              :   Jointly Administered
                                        :
                                        :   **Related Docket No. 752**
------------------------------- x

## ORDER AUTHORIZING (A) THE APPOINTMENT OF RICHARD NEWSTED AS THE DEBTORS' WIND DOWN OFFICER AND (B) MODIFICATION OF THE JOINT CASE CAPTION

Upon consideration of the motion (the "Motion")[2] of the above-captioned debtors and debtors-in-possession (the "Debtors") for, among other things, entry of an order (this "Order"), pursuant to sections 105 and 363 of the United States Code (the "Bankruptcy Code") and Rules 1005 and 9004(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), authorizing (A) the appointment of Richard Newsted as the Debtors' wind down officer

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: LCI Holding Company, Inc. (7662), Boise Intensive Care Hospital, Inc. (2686), CareRehab Services, L.L.C. (2279), Crescent City Hospitals, L.L.C. (2012), LCI Healthcare Holdings, Inc. (3557), LCI Holdco, LLC (3233), LCI Intermediate Holdco, Inc. (7709), LifeCare Ambulatory Surgery Center, Inc. (N/A), LifeCare Holding Company of Texas, LLC (9174), LifeCare Holdings, Inc. (2090), LifeCare Hospital at Tenaya, LLC (8443), LifeCare Hospitals, LLC (9674), LifeCare Hospitals of Chester County, Inc. (6062), LifeCare Hospitals of Dayton, Inc. (2086), LifeCare Hospitals of Fort Worth, L.P. (5272), LifeCare Hospitals of Mechanicsburg, LLC (5957), LifeCare Hospitals of Milwaukee, Inc. (4291), LifeCare Hospitals of New Orleans, L.L.C. (4151), LifeCare Hospitals of North Carolina, L.L.C. (1857), LifeCare Hospitals of North Texas, L.P. (2743), LifeCare Hospitals of Northern Nevada, Inc. (0990), LifeCare Hospitals of Pittsburgh, LLC (9672), LifeCare Hospitals of San Antonio, LLC (6312), LifeCare Hospitals of Sarasota, LLC (7045), LifeCare Hospitals of South Texas, Inc. (5457), LifeCare Investments, L.L.C. (5041), LifeCare Investments 2, LLC (4598), LifeCare Management Services, L.L.C. (4309), LifeCare REIT 1, Inc. (3708), LifeCare REIT 2, Inc. (2075), LifeCare Specialty Hospital of North Louisiana, LLC (2585), NextCARE Specialty Hospital of Denver, Inc. (8584), NextCARE Hospitals/Muskegon, Inc. (1802), Pittsburgh Specialty Hospital, LLC (6725) and San Antonio Specialty Hospital, Ltd. (5386). The address of the Company's corporate headquarters is 5340 Legacy Drive, Building 4 – Suite 150, Plano, TX 75024.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

(the "Wind Down Officer") from and after the closing of the pending Sale and (B) modification of the joint case caption in the Chapter 11 Cases; and the Court having held a hearing on May 22, 2013 (the "Hearing") on the Motion; and the Court having reviewed and considered (a) the Motion, (b) the objections to the Motion, if any, and (c) the arguments of counsel made, and the evidence proffered or adduced at the Hearing; and it appearing that the relief requested in the Motion is in the best interests of the Debtors, their estates and creditors and other parties in interest; and upon the record of the Hearing and the Chapter 11 Cases; and after due deliberation thereon; and good cause appearing therefore, it is hereby

### ORDERED, ADJUDGED, AND DECREED THAT:

1. The Motion is GRANTED and APPROVED in all respects.

2. All objections to the Motion or the relief requested therein that have not been withdrawn, waived, or settled, and all reservations of rights included therein, are overruled on the merits and denied with prejudice.

3. The Debtors are authorized to appoint Richard Newsted as their Wind Down Officer on the terms set forth in the Motion.

4. Effective as of the closing date of the Sale, the new caption of the Debtors' chapter 11 cases shall read as follows:

```
------------------------------x
                              :
In re:                        :   Chapter 11
                              :
ICL HOLDING COMPANY, INC., et al., :   Case No. 12-13319 (KG)
                              :
              Debtors.³       :   Jointly Administered
                              :
                              :
------------------------------x
```

5.  The Clerk of the United States Bankruptcy Court for the District of Delaware (the "Clerk of the Court") is authorized and directed to make a docket entry in case number 12-13319 (KG) which states substantially as follows: "An order has been entered in these cases directing that the caption of these cases be changed, in accordance with the corporate name change of LCI Holding Company, Inc. to ICL Holding Company, Inc."

6.  The Clerk of the Court is authorized and directed to make a docket entry in case number 12-13331 (KG) which states substantially as follows: "An order has been entered in these cases directing that the caption of these cases be changed, in accordance with the corporate name change of Boise Intensive Care Hospital, Inc. to Boise HCI, Inc."

7.  The Clerk of the Court is authorized and directed to make a docket entry in case number 12-13332 (KG) which states substantially as follows: "An order has been entered in these cases directing that the caption of these cases be changed, in accordance with the limited liability company name change of CareRehab Services, L.L.C. to RC Services, L.L.C."

---

³ The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: ICL Holding Company, Inc. (7662), Boise HCI, Inc. (2686), RC Services, L.L.C. (2279), ABC HCC, L.L.C. (2012), HICL Holdings, Inc. (3557), ICL Holdco, LLC (3233), ICL Intermediate Holdco, Inc. (7709), SACL Center, Inc. (N/A), CL Holding Company of Texas, LLC (9174), Holdings CL, Inc. (2090), HCLl at Tenaya, LLC (8443), ABC HCL, LLC (9674), HCL of Chester County, Inc. (6062), HCL of Dayton, Inc. (2086), Fort Worth HCL, L.P. (5272), HCL of Mechanicsburg, LLC (5957), HCL of Milwaukee, Inc. (4291), HCL New Orleans, L.L.C. (4151), HCL of North Carolina, L.L.C. (1857), North Texas HCL, L.P. (2743), HCL of Northern Nevada, Inc. (0990), HCL of Pittsburgh, LLC (9672), ASHCL, LLC (6312), HCL of Sarasota, LLC (7045), HCL of South Texas, Inc. (5457), Investments of CL, L.L.C. (5041), CL Investments 2, LLC (4598), SMCL, L.L.C. (4309), CL REIT 1, Inc. (3708), CL REIT 2, Inc. (2075), HSCL of North Louisiana, LLC (2585), HSCN of Denver, Inc. (8584), HCN/Muskegon, Inc. (1802), Pittsburgh HS, LLC (6725) and HSAS, Ltd. (5386).

8.  The Clerk of the Court is authorized and directed to make a docket entry in case number 12-13333 (KG) which states substantially as follows: "An order has been entered in these cases directing that the caption of these cases be changed, in accordance with the limited liability company name change of Crescent City Hospitals, L.L.C. to ABC HCC, L.L.C."

9.  The Clerk of the Court is authorized and directed to make a docket entry in case number 12-13330 (KG) which states substantially as follows: "An order has been entered in these cases directing that the caption of these cases be changed, in accordance with the corporate name change of LCI Healthcare Holdings, Inc. to HICL Holdings, Inc."

10. The Clerk of the Court is authorized and directed to make a docket entry in case number 12-13329 (KG) which states substantially as follows: "An order has been entered in these cases directing that the caption of these cases be changed, in accordance with the limited liability company name change of LCI Holdco, LLC to ICL Holdco, LLC."

11. The Clerk of the Court is authorized and directed to make a docket entry in case number 12-13328 (KG) which states substantially as follows: "An order has been entered in these cases directing that the caption of these cases be changed, in accordance with the corporate name change of LCI Intermediate Holdco, Inc. to ICL Intermediate Holdco, Inc."

12. The Clerk of the Court is authorized and directed to make a docket entry in case number 12-13334 (KG) which states substantially as follows: "An order has been entered in these cases directing that the caption of these cases be changed, in accordance with the corporate name change of LifeCare Ambulatory Surgery Center, Inc. to SACL Center, Inc."

13. The Clerk of the Court is authorized and directed to make a docket entry in case number 12-13335 (KG) which states substantially as follows: "An order has been entered in these cases directing that the caption of these cases be changed, in accordance with the limited

liability company name change of LifeCare Holding Company of Texas, LLC to CL Holding Company of Texas, L.L.C."

14. The Clerk of the Court is authorized and directed to make a docket entry in case number 12-13321 (KG) which states substantially as follows: "An order has been entered in these cases directing that the caption of these cases be changed, in accordance with the corporate name change of LifeCare Holdings, Inc. to Holdings CL, Inc."

15. The Clerk of the Court is authorized and directed to make a docket entry in case number 12-13326 (KG) which states substantially as follows: "An order has been entered in these cases directing that the caption of these cases be changed, in accordance with the limited liability company name change of LifeCare Hospital at Tenaya, LLC to HCL at Tenaya, LLC."

16. The Clerk of the Court is authorized and directed to make a docket entry in case number 12-13336 (KG) which states substantially as follows: "An order has been entered in these cases directing that the caption of these cases be changed, in accordance with the limited liability company name change of LifeCare Hospitals, LLC to ABC HCL, LLC."

17. The Clerk of the Court is authorized and directed to make a docket entry in case number 12-13337 (KG) which states substantially as follows: "An order has been entered in these cases directing that the caption of these cases be changed, in accordance with the corporate name change of LifeCare Hospitals of Chester County, Inc. to HCL of Chester County, Inc."

18. The Clerk of the Court is authorized and directed to make a docket entry in case number 12-13338 (KG) which states substantially as follows: "An order has been entered in these cases directing that the caption of these cases be changed, in accordance with the corporate name change of LifeCare Hospitals of Dayton, Inc. to HCL of Dayton, Inc."

19. The Clerk of the Court is authorized and directed to make a docket entry in case number 12-13339 (KG) which states substantially as follows: "An order has been entered in these cases directing that the caption of these cases be changed, in accordance with the limited partnership name change of LifeCare Hospitals of Fort Worth, L.P. to Ft. Worth HCL, L.P."

20. The Clerk of the Court is authorized and directed to make a docket entry in case number 12-13324 (KG) which states substantially as follows: "An order has been entered in these cases directing that the caption of these cases be changed, in accordance with the limited liability company name change of LifeCare Hospitals of Mechanicsburg, LLC to HCL of Mechanicsburg, LLC."

21. The Clerk of the Court is authorized and directed to make a docket entry in case number 12-13323 (KG) which states substantially as follows: "An order has been entered in these cases directing that the caption of these cases be changed, in accordance with the corporate name change of LifeCare Hospitals of Milwaukee, Inc. to HCL of Milwaukee, Inc."

22. The Clerk of the Court is authorized and directed to make a docket entry in case number 12-13340 (KG) which states substantially as follows: "An order has been entered in these cases directing that the caption of these cases be changed, in accordance with the limited liability company name change of LifeCare Hospitals of New Orleans, L.L.C. to HCL New Orleans, L.L.C."

23. The Clerk of the Court is authorized and directed to make a docket entry in case number 12-13341 (KG) which states substantially as follows: "An order has been entered in these cases directing that the caption of these cases be changed, in accordance with the limited liability company name change of LifeCare Hospitals of North Carolina, L.L.C. to HCL of North Carolina, L.L.C."

24. The Clerk of the Court is authorized and directed to make a docket entry in case number 12-13342 (KG) which states substantially as follows: "An order has been entered in these cases directing that the caption of these cases be changed, in accordance with the limited partnership name change of LifeCare Hospitals of North Texas, L.P. to North Texas HCL, L.P."

25. The Clerk of the Court is authorized and directed to make a docket entry in case number 12-13343 (KG) which states substantially as follows: "An order has been entered in these cases directing that the caption of these cases be changed, in accordance with the corporate name change of LifeCare Hospitals of Northern Nevada, Inc. to HCL of Northern Nevada, Inc."

26. The Clerk of the Court is authorized and directed to make a docket entry in case number 12-13344 (KG) which states substantially as follows: "An order has been entered in these cases directing that the caption of these cases be changed, in accordance with the limited liability company name change of LifeCare Hospitals of Pittsburgh, LLC to HCL of Pittsburgh, LLC."

27. The Clerk of the Court is authorized and directed to make a docket entry in case number 12-13345 (KG) which states substantially as follows: "An order has been entered in these cases directing that the caption of these cases be changed, in accordance with the limited liability company name change of LifeCare Hospitals of San Antonio, LLC to ASHCL, LLC."

28. The Clerk of the Court is authorized and directed to make a docket entry in case number 12-13327 (KG) which states substantially as follows: "An order has been entered in these cases directing that the caption of these cases be changed, in accordance with the limited liability company name change of LifeCare Hospitals of Sarasota, LLC to HCL of Sarasota, LLC."

29. The Clerk of the Court is authorized and directed to make a docket entry in case number 12-13346 (KG) which states substantially as follows: "An order has been entered in these cases directing that the caption of these cases be changed, in accordance with the corporate name change of LifeCare Hospitals of South Texas, Inc. to HCL of South Texas, Inc."

30. The Clerk of the Court is authorized and directed to make a docket entry in case number 12-13347 (KG) which states substantially as follows: "An order has been entered in these cases directing that the caption of these cases be changed, in accordance with the limited liability company name change of LifeCare Investments, L.L.C. to Investments of CL, L.L.C."

31. The Clerk of the Court is authorized and directed to make a docket entry in case number 12-13348 (KG) which states substantially as follows: "An order has been entered in these cases directing that the caption of these cases be changed, in accordance with the limited liability company name change of LifeCare Investments 2, LLC to CL Investments 2, LLC."

32. The Clerk of the Court is authorized and directed to make a docket entry in case number 12-13349 (KG) which states substantially as follows: "An order has been entered in these cases directing that the caption of these cases be changed, in accordance with the limited liability company name change of LifeCare Management Services, L.L.C. to SMCL, L.L.C."

33. The Clerk of the Court is authorized and directed to make a docket entry in case number 12-13320 (KG) which states substantially as follows: "An order has been entered in these cases directing that the caption of these cases be changed, in accordance with the corporate name change of LifeCare REIT 1, Inc. to CL REIT 1, Inc."

34. The Clerk of the Court is authorized and directed to make a docket entry in case number 12-13350 (KG) which states substantially as follows: "An order has been entered

in these cases directing that the caption of these cases be changed, in accordance with the corporate name change of LifeCare REIT 2, Inc. to CL REIT 2, Inc."

35. The Clerk of the Court is authorized and directed to make a docket entry in case number 12-13325 (KG) which states substantially as follows: "An order has been entered in these cases directing that the caption of these cases be changed, in accordance with the limited liability company name change of LifeCare Specialty Hospital of North Louisiana, LLC to HSCL of North Louisiana, LLC."

36. The Clerk of the Court is authorized and directed to make a docket entry in case number 12-13351 (KG) which states substantially as follows: "An order has been entered in these cases directing that the caption of these cases be changed, in accordance with the corporate name change of NextCARE Specialty Hospital of Denver, Inc. to HSCN of Denver, Inc."

37. The Clerk of the Court is authorized and directed to make a docket entry in case number 12-13352 (KG) which states substantially as follows: "An order has been entered in these cases directing that the caption of these cases be changed, in accordance with the corporate name change of NextCARE Hospitals/Muskegon, Inc. to HCN / Muskegon, Inc."

38. The Clerk of the Court is authorized and directed to make a docket entry in case number 12-13353 (KG) which states substantially as follows: "An order has been entered in these cases directing that the caption of these cases be changed, in accordance with the limited liability company name change of Pittsburgh Specialty Hospital, LLC to Pittsburgh HS, LLC."

39. The Clerk of the Court is authorized and directed to make a docket entry in case number 12-13322 (KG) which states substantially as follows: "An order has been entered

in these cases directing that the caption of these cases be changed, in accordance with the limited partnership name change of San Antonio Specialty Hospital, Ltd. to HSAS, Ltd."

40. The Debtors are hereby authorized and empowered to take all actions necessary to implement the relief granted in this Order.

41. Notwithstanding Fed. R. Bankr. P. 6004(g) or any other applicable Rule of the Federal Rules of Bankruptcy Procedure, this Order shall take effect immediately upon approval.

42. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this order.

Dated: Wilmington, Delaware
       May 28, 2013

_____
Honorable Kevin Gross
CHIEF UNITED STATES BANKRUPTCY JUDGE